GEOFFREY A. HANSEN
Acting Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
CAREY FRANK MENGHI-GRIFFIN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CAREY FRANK MENGHI-GRIFFIN, <br><br> Defendant. | CR 12-00552 PJH <br><br> STIPULATION TO VACATE STATUS CONFERENCE DATE; ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of September 27, 2012, presently scheduled at 9:30 a.m., before the Hon. Donna M. Ryu, be vacated.

The status hearing was set in order to insure that Mr. Menghi-Griffin was not incarcerated in Contra Costa County. He has been released from custody so the hearing is no longer necessary. He has a status hearing set before the Oakland Duty Magistrate on November 14, 2012. Mr. Menghi-Griffin is pending sentencing so no exclusion of time is necessary.

CR 12-00552 PJH
Stipulation to Vacate Status Conf.; Order

1

Date: September 26, 2012                             /s/
                                     ELLEN V. LEONIDA
                                     Assistant Federal Public Defender
                                     Counsel for defendant CAREY MENGHI-GRIFFIN


Date: September 26, 2012                             /s/
                                     JAMES MANN
                                     Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED THAT the status conference currently set for September 27, 2012 is vacated.

IT IS SO ORDERED.

9/26/2012
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

CR 12-00552 PJH
Stipulation to Vacate Status Conf.; Order