STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
CAREY FRANK MENGHI-GRIFFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAREY FRANK MENGHI-GRIFFIN,<br><br>Defendant. | CR 12-00552 PJH<br><br>STIPULATION TO CONTINUANCE OF STATUS HEARING & ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled status hearing date of January 16, 2013 at 9:30 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for February 6, 2013 at 9:30 a.m.

Mr. Menghi-Griffin was released from custody, on electronic monitoring, on September 21, 2012, in order to enable him to have back surgery. The January 16, 2013 status hearing was set to coincide with his sentencing date in front of Judge Hamilton. The requested continuance is necessary because, Mr. Menghi-Griffin suffered an infection following his surgery and is currently scheduled to see his doctor on January 17, 2013 to determine whether additional surgery is necessary. Mr. Menghi-Griffin's sentencing is currently scheduled for February 6, 2013.

| | | |
|---|---|---|
| Date: January 15, 2013 | | /s/ |
| | | ELLEN V. LEONIDA |
| | | Assistant Federal Public Defender |
| | | Counsel for defendant CAREY MENGHI-GRIFFIN |

Date: January 15, 2013                             /s/
                                                              JAMES C. MANN
                                                              Assistant United States Attorney

## ORDER

The court finds that the requested continuance is necessary. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to February 6, 2013 at 9:30 a.m., before the honorable Donna M. Ryu, for status hearing.

IT IS SO ORDERED.

1/15/2013
Date                                                              HON. DONNA M. RYU
                                                                      UNITED STATES MAGISTRATE JUDGE