1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   CAREY FRANK MENGHI-GRIFFIN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-00552 PJH |
| Plaintiff, | STIPULATION TO CONTINUANCE OF STATUS HEARING; [PROPOSED] ORDER |
| v. | |
| CAREY FRANK MENGHI-GRIFFIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled status hearing date of February 6, 2013 at 9:30 a.m., before the Donna Ryu, be vacated and re-set for February 27, 2013 at 9:30 a.m.

Mr. Menghi-Griffin was released from custody, on electronic monitoring, on September 21, 2012, in order to enable him to have back surgery. A January 16, 2013 status hearing was set to coincide with his sentencing date in front of Judge Hamilton. The sentencing and status conference dates were subsequently continued to February 6 because Mr. Menghi-Griffin's surgery was delayed and he suffered a post-operative infection. The requested continuance is necessary because, Mr. Menghi-Griffin is still being treated for the infection and is currently scheduled to see his doctor on February 18, 2013 to assess his recovery.

Date: January 30, 2013         /s/
                               ELLEN V. LEONIDA
                               Assistant Federal Public Defender
                               Counsel for defendant CAREY MENGHI-GRIFFIN

Date: January 30, 2013         /s/
                               JAMES C. MANN
                               Assistant United States Attorney

ORDER

The court finds that the requested continuance is necessary. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to February 27, 2013 at 9:30 a.m., before the honorable Donna M. Ryu, for status hearing.

IT IS SO ORDERED.

1/30/13
Date                           HON. DONNA M. RYU
                               UNITED STATES MAGISTRATE JUDGE